IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GARY WAYNE WRIGHT, II )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MARSHALL COUNTY, ALABAMA, et al. )<br>)<br>Defendants ) | Civil Case: 4:22-CV-615-RDP<br><br>Claim of Unconstitutionality |

### PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

COMES NOW the pro se Plaintiff, Gary Wayne Wright II ("Wright") proceeding in forma pauperis, and against the Defendants, Marshall County, Alabama ("Marshall County"), their employees, agents, and successors in office, and in support therefor states as follows:

### PARTIES

1. The Plaintiff hereby submits the following disclosures in accordance with Fed. R. Civ. P. 26 ("Rule 26"):

2. **Rule 26(a)(1)(A)(i)** – The name and contact information of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support their claims or defenses, unless the use would be solely for impeachment:

| Individual | Contact Information[1] | Subject Matter |
|---|---|---|
| Marshall County Sheriff Phil Sims | 423 Blount Avenue<br>Guntersville, AL 35976<br>(256) 582-2034 | Protests in Marshall County, Passage of Resolution |

---

[1] Source of contact information: https://www.marshallco.org/departments/commission/commission.html as retrieved on April 8th, 2023.

| Individual | Contact Information | Subject Matter |
|---|---|---|
| Marshall County Commission Chairman James Hutcheson | 424 Blount Avenue Guntersville, AL 35976 (256) 571-7701 | Passage of Resolution |
| Marshall County Commission District 1 Ronny Shumate | 3850 Eddy Scant City Rd Arab, AL 35016 (256) 753-2557 | Passage of Resolution |
| Marshall County Commission District 2 Rick Watson | 21 1st Avenue West B Grant, AL 35747 (256) 728-4117 | Passage of Resolution |
| Marshall County Commission District 3 Lee Sims | 2251 Oneonta Cut Off Albertville, Al 35950 (256) 891-1771 | Passage of Resolution |
| Marshall County Commission District 4 Joey Baker | 123 Hustleville Rd Albertville, Al 35950 (256) 878-0421 | Passage of Resolution |
| Marshall County Commission Clerk Rhonda McCoy | 424 Blount Avenue Guntersville, AL 35976 (256) 571-7701 | Passage of Resolution, County Documents |
| Marshall County Commission County Administrator Ashleigh Bubbett | 424 Blount Avenue Guntersville, AL 35976 (256) 571-7701 | Passage of Resolution, County Documents |
| Marshall County Commission Attorney Clint Maze | 424 Blount Avenue Guntersville, AL 35976 | Passage of Resolution |

3. **Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in their possession, custody, or control and may use to support their claims or defenses, unless the use would be solely for impeachment.

| Description | Location |
|---|---|
| Photos and videos of Plaintiff's previous protests. | Google Drive / YouTube |

2

| Description | Location |
|---|---|
| Potentially (but not likely) there are some public documents, case files, photos, videos, and documents not synchronized to Plaintiff's Google account. | Plaintiff's 4 terabyte computer hard drive that is currently inaccessible due to a hardware failure. |
| Public documents, case files, photos, videos, and documents that were synchronized to Plaintiff's Google account. | Google Drive synchronized with Plaintiff's computer hard drive in a backup computer. |
| Public documents from Defendants website. | Marshall County Alabama website including but not limited to https://www.marshallco.org/minutes/minutes.html |
| "BlueLeaks" hacked files of Department of Homeland Security, police departments, and white supremacist organizations. | https://ddosecrets.com |

4. **Rule 26(a)(1)(A)(iii)** – A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

5. The Plaintiff has suffered irreparable harm and has been deprived of his First Amendment constitutional rights as outlined in the Complaint.

6. General Compensatory and Statutory damages of $10,000 to compensate for the restriction of the Plaintiff's First Amendment rights (42 U.S. Code § 1983).

7. Punitive damages in the amount of $5,000 to act as a deterrent for future unlawful actions.

8. Plaintiff's cost, time, and expenses for litigation.

9. Any such other relief the Court deems as necessary, just, and proper under law.

3

10. **Rule 26(a)(1)(A)(iv)** – For inspection and copying, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

11. No insurance disclosures for the Plaintiff.

Respectfully submitted this 17th day of April, 2023.

*Gary Wayne Wright II*
*Plaintiff, Pro Se*
3496 Wellington Rd
Montgomery, AL 36106
Telephone: (256) 640-7749
Email: Gary@Gary-Wright.com
Dated: 4/17/2023

Gary Wright II
3496 Wellington Road
Montgomery, AL 36106-2354

[United States District Court, Northern District of Alabama postmark]

MONTGOMERY AL 360
17 APR 2023 PM 4 L

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203

35203-200099