FILED
2023 Sep-07 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GARY WAYNE WRIGHT, II | ) |
| Plaintiff | ) |
| v. | ) Civil Case: 4:22-CV-615-RDP |
| MARSHALL COUNTY, ALABAMA, et al. | ) Claim of Unconstitutionality |
| Defendants | ) |

## CONSENT MOTION TO FILE AMENDED COMPLAINT

COMES NOW the pro se Plaintiff, Gary Wayne Wright II ("Wright"), proceeding in forma pauperis to respectfully request the Court grant relief in the following manner:

### ADDENDUM TO COMPLAINT

1. On Wednesday, July 26th, 2023, the Defendants passed a second Picketing Resolution (**Exhibit "A"**) which expands the original Resolution to cover all county property.

### REQUEST FOR RELIEF

2. The Plaintiff respectfully requests permission to file an Amended Complaint that includes both Picketing Resolutions.

3. As the 2023 Resolution is an expansion of the 2020 Resolution, and has the same constitutional defects, the Plaintiff requests this Court grant relief that would cover both Resolutions, as well as future derivations of similar unconstitutional anti-picketing policies.

4. No impact to the trial schedule is expected by filing this Amended Complaint.

Respectfully submitted this 31st day of August, 2023.

*Gary Wayne Wright II*
*Plaintiff, Pro Se*
3496 Wellington Road
Montgomery, AL 36106-2354
Telephone: (256) 640-7749
Email: Gary@Gary-Wright.com
Dated: 8/31/2023

# EXHIBIT A

## RESOLUTION

**WHEREAS** the County Commission has the authority to direct, control, and maintain property of the county pursuant to Title 11, Subtitle 1, Chapter 3, Article 1, Section 11, Subsection (a)(1), Alabama Code (1975).

**WHEREAS** on December 9, 2020 the County Commission adopted a resolution pertaining to Picketing in, at, or around the Marshall County Courthouses (herein the "2020 Picketing Resolution").

**WHEREAS** the County Commission desires to prohibit Picketing, as defined in the aforementioned resolution, at, in, or around the property of the County, which is not a public forum, in order to discourage, prevent, and preclude interruptions to governmental services provided by the County.

**NOW THEREFORE, BE IT RESOLVED BY THE COUNTY COMMISSION AS FOLLOWS:**

Any individuals, groups, or organizations are hereby prohibited from Picketing, as defined in by the 2020 Picketing Resolution, at, near, or proximately around the Marshall County Animal Control Shelter, the County Commission District Offices, the Marshall County Sheriff's Office, the Marshall County Jail, the Marshall County District Attorney Annex, the Marshall County Probate Office Annexes, and any other property owned, operated, and/or maintained by the County Commission which is not open to the general public. Expressly excluded from the aforementioned prohibition is any County owned, operated, and/or maintained parks, sidewalks, areas the County Commission has designated as public forums, or any traditionally public forums as defined by applicable law.

_____
James Hutcheson,
Chairman, County Commission

_____     _____
Ronny Shumate,                          Lee Sims,
Commissioner, District 1                Commissioner, District 3

_____     _____
Rick Watson,                            Joey Baker,
Commissioner, District 2                Commissioner, District 4




FCM LG EN(?)
MONTGOME(?)
AUG 31, 202(?)

35203

$2.55

RDC 99

R2304H108(?)

Gary Wright II
3496 Wellington Rd
Montgomery, AL 36106-2354

First Class Mail

SECURITY
SEP 05 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203