UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **GARY WAYNE WRIGHT, II,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 4:22-cv-00615-RDP |
| **MARSHALL COUNTY ALABAMA, et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on Plaintiff's Motion to File an Amended Complaint. (Doc. # 42) The Motion (Doc. # 42) is **GRANTED**. Plaintiff **SHALL** file his amended complaint **on or before September 15, 2023**.

**DONE** and **ORDERED** this September 8, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE