UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **GARY WAYNE WRIGHT, II,** } | |
| } | |
|    **Plaintiff,** } | |
| } | |
| **v.** } | Case No.: **4:22-cv-00615-RDP** |
| } | |
| **MARSHALL COUNTY ALABAMA, et al.,** } | |
| } | |
|    **Defendants.** } | |

### ORDER

This case is before the court on Defendants' Motion to Reconsider Order Allowing Amended Complaint, Strike Amended Complaint, and Extend Dispositive Motion Deadline, or, in the Alternative, Motion to Amend Scheduling Order. (Doc. # 46). This case is **SET** for a telephone conference at **1:00 p.m.** on **Tuesday, October 10, 2023** to discuss Defendants' Motion (Doc. # 46). The parties are **DIRECTED** to dial **866-434-5269** and use access code **6022965** to participate in the conference.

**DONE** and **ORDERED** this October 2, 2023.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE