UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **GARY WAYNE WRIGHT, II,** | } |
| Plaintiff, | } |
| v. | } Case No.: 4:22-cv-00615-RDP |
| **MARSHALL COUNTY ALABAMA, et al.,** | } |
| Defendants. | } |

## ORDER

Before the court is Defendants' Motion to Reconsider Order Allowing Amended Complaint, Strike Amended Complaint, and Extend Dispositive Motion Deadline, or, in the Alternative, Motion to Amend Scheduling Order. (Doc. # 46).

Defendants' Motion (Doc. # 46) is **GRANTED IN PART** and **DENIED IN PART**. To the extent Defendants seek reconsideration of the court's Order (Doc. # 43) and to strike Plaintiff's Amended Complaint (Doc. # 44), the motion is **DENIED**. However, to the extent Defendants seek to extend deadlines, the motion is **GRANTED**. **On or before October 24, 2023**, Defendants may file a motion to dismiss regarding Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). Additionally, the deadline for discovery is **EXTENDED** to **February 1, 2024**. Discovery **SHALL** begin immediately notwithstanding Defendants' opportunity to file a motion to dismiss. The deadline to file motions for summary judgment is likewise **EXTENDED** to **March 1, 2024**. Finally, **on or before October 24, 2023**, the parties are also **DIRECTED** to report to the court whether this case is jury triable.

**DONE** and **ORDERED** this October 11, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE