IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GARY WAYNE WRIGHT, II ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case: 4:22-CV-615-RDP |
| ) | |
| MARSHALL COUNTY, ALABAMA, et al. ) | Claim of Unconstitutionality |
| ) | |
| Defendants ) | |

## REPORT OF THE PARTIES' CONFERENCE

1. Parties: The following persons participated in an email exchange on October 24th, 2023:

   Gary Wayne Wright II, as the pro se Plaintiff.

   Jamie Frawley (Webb McNeill Walker PC), representing the Defendants.

2. The parties report that this case **is not jury triable**.

Respectfully submitted this 26th day of October, 2023.

*Gary Wayne Wright II*
Plaintiff, Pro Se
3496 Wellington Road
Montgomery, AL 36106
(256) 640-7749
Gary@Gary-Wright.com
Dated: October 26th, 2023

*Jamie Helen Kidd Frawley*
*Counsel for Defendants*
Webb McNeill Walker PC
One Commerce Street, Suite 700
Montgomery, AL 36104
(334) 386-0483 (Direct)
jfrawley@wmwfirm.com
Date: October 24th, 2023



Gary Wright II
3496 Wellington Road
Montgomery, AL 36106-2354

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203