IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
2023 NOV 27 P 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| GARY WAYNE WRIGHT, II ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case: 4:22-CV-615-RDP |
| ) | |
| MARSHALL COUNTY, ALABAMA, et al. ) | Claim of Unconstitutionality |
| ) | |
| Defendants ) | |

### PLAINTIFF'S INTERROGATORIES

COMES NOW the pro se Plaintiff, Gary Wayne Wright II ("Wright") proceeding in forma pauperis, and against the Defendants, Marshall County, Alabama ("Marshall County"), their employees, agents, and successors in office, and in support therefor propounds to Defendants the following Discovery Requests pursuant to the Federal Rules of Procedure (FRCP):

### INTERROGATORIES

1. Who authored / what was the source of the 2020 and 2023 Picketing Resolutions?

2. What were the primary motivating factors for passage of the 2020 and 2023 Resolutions?

3. When was the security fencing authorized?

4. What were the primary motivating factors for installation of the security fencing?

5. How much was spent on the security fencing at both courthouses?

6. When was the FOP monument/bricks project authorized?

7. How many protests did police respond to so far in 2023?

8. Prior to the pandemic, on average how many protests did police respond to each year?

9. How many violations of the Resolutions / arrests at protests so far in 2023?

10. Prior to the pandemic, on average how many arrests at protests occurred each year?

Respectfully submitted this 24th day of November, 2022.

*[signature]*

Gary Wayne Wright II
Plaintiff, Pro Se
3496 Wellington Road
Montgomery, AL 36106
Telephone: (256) 640-7749
Email: Gary@Gary-Wright.com
Dated: 11/24/2023

Gary Wright II
3496 Wellington Road
Montgomery, AL 36106-2354

MONTGOMERY AL 360
24 NOV 2023 PM 3 L

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NOV 27 2023
SECURITY

35203-200099