FILED

2024 Mar-05  PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

3496 Wellington Road
Montgomery, AL 36106
February 29th, 2024

FILED
2024 MAR -4 P 3: 52
U.S. DISTRICT COURT
N.D. OF ALABAMA

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: Electronic Noticing for Case 4:22-CV-615

Dear Court Clerk,

I'm writing to restore the electronic noticing for *Wright v. Marshall County* (4:22-CV-615) via PACER to email address **Gary@Gary-Wright.com**.

Everything was working until I recently changed my postal address, and then I stopped receiving electronic notices to my email address.

In case it is required, I've filled out a new Electronic Noticing Request Form (the original that was filed is Document #3 on the court docket). Please find the new form enclosed.

Thank you!

Best regards,

Gary Wright II
(256) 640-7749

## REQUEST BY NON-PRISONER PRO SE PARTY
## FOR ELECTRONIC NOTICING

### Case Number 4:22-CV-615

FILED

This form is to be used when requesting notice of filing be received electronically. The following 2024 MAR 1  P 3: 52
information is required:

Personal Information

U.S. DISTRICT COURT
N.D. OF ALABAMA

First Name Gary                    Middle Name Wayne

Last Name Wright                   Generation II

City Montgomery                    State AL        Zip Code 36106

Telephone Number (256) 640-7749

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:

Gary@Gary-Wright.com

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address.**

E-mail type:

☑    HTML – Recommended for most e-mail clients

☐    Plain Text – Recommended for email accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .PDF may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

2/21/2024
Date

Gary Wayne Wright II
Participant Signature

FILE[
2022 May-13 PM 04:
U.S. DISTRICT COUR
N.D. OF ALABAM

## REQUEST BY NON-PRISONER PRO SE PARTY
## FOR ELECTRONIC NOTICING

FILED

Case Number 4:22 CV 615 SGC

2022 MAY 12 A 11:56

U.S. DISTRICT C[
N.D. OF AL[

This form is to be used when requesting notice of filing be received electronically. The following information is required:

Personal Information

First Name _Gary_                     Middle Name _Wayne_

Last Name _Wright_                    Generation _II_

City _Arab_                           State _AL_      Zip Code _35016_

Telephone Number _256 640 7749_

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address.**

E-mail type:

☒  HTML – Recommended for most e-mail clients

☐  Plain Text – Recommended for email accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .PDF may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

_5/12/2022_
Date

_[signature]_
Participant Signature

MONTGOMERY AL 360

29 FEB 2024   PM 4  L

Gary Wright II
3496 Wellington Road
Montgomery, AL 36106-2354

Honorable Judge R. David Proctor
Hugo L. Black Federal Courthouse
1729 5th Avenue North
Birmingham, AL 35203

35203-200099